IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES T. SHARP, JR.,

    Petitioner,

v.                              CASE NO. 5:13-cv-110-RS-EMT

WARDEN N.C. ENGLISH,

    Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 13) and Petitioner's Objections (Doc. 14). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The petition for writ of habeas corpus (Docs. 1), filed under 28 U.S.C § 2241, is **DISMISSED with prejudice**.

3. The clerk is directed to close the file.

**ORDERED** on September 19, 2013.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**