IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES T. SHARP, JR.,

    Petitioner,

v.                                       CASE NO. 5:13-cv-110-RS-EMT

WARDEN N.C. ENGLISH,

    Respondent.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 28). No objections were filed. I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. I determine as a matter of fact that Petitioner delivered his first notice of appeal to prison authorities for mailing on September 27, 2013.

**ORDERED** on May 5, 2014.

                                       /S/ Richard Smoak
                                       **RICHARD SMOAK**
                                       **UNITED STATES DISTRICT JUDGE**